

FILED
GREAT FALLS

2012 JUN 15 PM 3 36

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

|  |  |
|---|---|
| ROWDY D. ANDERSON, | |
| Petitioner, | No. CV 12-5-GF-SEH |
| vs. | |
| WARDEN LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MOTNANA, | **ORDER** |
| Respondents. | |

On May 14, 2012, United States Magistrate Judge Keith Strong entered

Findings and Recommendation[1] in this matter. Petitioner did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 7.

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and

Recommendation and adopt them in full.

ORDERED:

1.      The Petition[2] is DENIED on the MERITS.

2.      The Clerk of Court is directed to enter judgment in favor of

Respondents and against Petitioner.

3.      A certificate of appealability is DENIED.  Any appeal would be taken

in bad faith as Petitioner's claims are without merit.

DATED this ___/5th___ day of June, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.