
FILED
GREAT FALLS
2012 JUN 15 PM 3 36
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROWDY D. ANDERSON,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MOTNANA,<br><br>Respondents. | No. CV 12-5-GF-SEH<br><br>**ORDER** |

On May 14, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 7.

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. The Petition[2] is DENIED on the MERITS.

2. The Clerk of Court is directed to enter judgment in favor of Respondents and against Petitioner.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as Petitioner's claims are without merit.

DATED this 15th day of June, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.